## WILLIAM MORRIS *versus* EZRA BALDWIN

JOURNAL ENTRIES (1823–26): *Journal 3:* (1) Original papers, unadvisedly sent, ordered returned *p. 412; (2) motion for judgment *p. 479; (3) jury impaneled, witnesses sworn *p. 494; (4) trial, verdict *p. 495; (5) attendance of witness proved *p. 496; (6) motion for new trial, reasons filed *p. 499. *Journal 4:* (7) Motion for new trial overruled, motion in arrest of judgment MS p. 49; (8) leave to file reasons in arrest of judgment denied, rule for judgment MS p. 97.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) transcript of county court record; (4) bill of costs in county court; (5) declaration; (6) agreement for extension of time to plead; (7) motion for judgment for want of plea; (8) stipulation for plea and trial; (9) plea; (10) replication; (11) stipulation for trial; (12) subpoena; (13) precipe for subpoena; (14) subpoena; (15) precipe for subpoena; (16) subpoena; (17) verdict; (18) motion for new trial; (19) affidavit of Ezra Baldwin; (20) affidavit of Jeremiah G. Brainard; (21) affidavit of Charles Fouché; (22) motion in arrest of judgment; (23) sealed contract; (24) promissory note; (25) bill of sale; (26) bond. *1822–23 Calendar*, MS p. 153. Recorded in *Book C*, MS pp. 63–66.

## WILLIAM G. TAYLOR *versus* WARREN BARTLET AND WILLIAM PAGE

JOURNAL ENTRIES (1823–24): *Journal 3:* (1) Motion to quash summons overruled *p. 414; (2) motion for nonsuit granted *p. 502.

PAPERS IN FILE: (1) Precipe for summons; (2) summons and return; (3) declaration; (4–5) notices of demand for bill of particulars; (6) plea of non assumpsit and notice of set off.

*1822–23 Calendar*, MS p. 147. Recorded in *Book B*, MS pp. 451–53.